Filed: 1/26/2022 3:34 PM
Lynne Finley
District Clerk
Collin County, Texas
By Alexis Scherff Deputy
Envelope ID: 61180402

Cause No. 471-00047-2022

| | |
|---|---|
| SOON KIM, Individually and as Representative of the Estate of YOON KIM, YUN MI KIM, and YUN HEE KIM<br><br>Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS USA, LLC f/k/a 24 HOUR FITNESS USA, INC. AND 24 HOUR FITNESS WORLDWIDE, INC.,<br><br>Defendants. | In the District Court<br><br>Collin County, Texas<br><br>471st Judicial District |

### 24 Hour Fitness USA, LLC f/k/a 24 Hour Fitness USA, Inc. and 24 Hour Fitness Worldwide, Inc.'s Original Answer

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, 24 Hour Fitness USA, LLC f/k/a 24 Hour Fitness USA, Inc. and 24 Hour Fitness Worldwide, Inc. (hereinafter referred to as "Defendant"), in the above-entitled and numbered cause of action and files this its Original Answer to Plaintiffs' Original Petition, as follows:

### I. General Denial

As authorized under the Texas Rules of Civil Procedure, Defendant asserts a general denial as to all claims asserted against it and demands strict proof of the same.

### II. Affirmative Defenses

Without waiving or limiting the general denial above, or any of the defenses below, Defendant further pleads each of the following defenses (and in the alternative where applicable):

1. Defendant pleads the applicability of Chapter 33 of the Texas Civil Practice and Remedies Code and all rights, privileges, and remedies afforded or available to it pursuant to same as an affirmative defense, including but not limited to sections 33.001, 33.003, 33.012 and 33.013 of the Texas Civil Practice and Remedies Code.

2. Defendant asserts that no act or omission on it's part was a proximate cause, cause in fact, or producing cause of the accident made the basis of suit and/or Plaintiffs' alleged injuries or damages.

3. Defendant would show that the damages claimed by Plaintiffs, if found, resulted from a cause new and independent from any action or omission on the part of this Defendant and that was not foreseeable by this Defendant and which destroys any alleged causal connection to any alleged act or omission on the part of this Defendant.

4. Further, Defendant pleads that any injuries, damages, or liability complained of by Plaintiffs are the result, in whole or in part, of intervening new and independent causes, and are not the result of any act or omission on the part of Defendant.

5. In the alternative, Plaintiffs' claims must be barred or limited, in whole or part, to the extent he is found contributorily or comparatively negligent.

6. Further, in the alternative, Plaintiffs have waived the right to sue for the damages Plaintiffs seek and/or released Defendants from liability.

### III. Limitations on Damages

7. Defendant pleads that Plaintiffs may only recover medical or healthcare expenses that were actually paid or that were incurred by or on Plaintiffs' behalf.

8. Defendant asserts the limitations on the recovery of damages for loss of earnings loss of earning capacity, and/or loss of contributions of a pecuniary value, to the

net loss after reduction for income tax payments or unpaid tax liability as set forth in Section 18.091 of the Texas Civil Practice and Remedies Code.

9. Defendant pleads that any award of interest that is in excess of the applicable market rate of interest during the relevant time period would be arbitrary, violate public policy, and violate the due process and equal protection guarantees of the Texas and United States Constitutions.

## IV. Punitive Damages Limitations

10. In the event that punitive and/or exemplary damages are sought at any time, then Defendant further asserts the provisions of Sections 41.007, 41.008, 41.010, 41.011 and 41.012 of the Texas Civil Practice & Remedies Code and the punitive damages limitations contained therein as an affirmative defense.

11. Defendant reserves the right to amend this Answer, following opportunity to investigate these claims as is its rights under the Texas Rules of Civil Procedure and laws of this State.

## V. Conclusion

For these reasons, Defendant respectfully seeks judgment in its favor, an award of court costs, and all other relief to which it may be entitled.

[Signature on the next page]

3



Respectfully submitted,

**BROWN SIMS, P.C.**

By: /s/ *Nelson Skyler*

    Nelson Skyler
    Texas Bar No. 00784982
    nskyler@brownsims.com
    Bridget R. McLaurin
    Texas Bar No. 24002842
    bmclaurin@brownsims.com
    Jamie M. Beller
    Texas Bar No. 24123214
    jbeller@brownsims.com
    1177 West Loop South, Tenth Floor
    Houston, Texas 77027
    Telephone: (713) 629-1580
    Facsimile: (713) 629-5027

**ATTORNEYS FOR DEFENDANT**

### Certificate of Service

I certify that I have served a true and correct copy of this instrument on all attorneys of record, and/or pro-se litigants on January 26, 2022 in accordance with the Texas Rules of Civil Procedure.

<u>*Via e-mail:*</u>
TURLEY LAW FIRM
T Nguyen
State Bar No. 24051116
6440 North Central Expressway
1000Turley Law Center
Dallas, Texas 75206
241-691-4025
Email: tn@wturley.com

/s/ Nelson Skyler
Nelson Skyler

4



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Judith Zarember on behalf of Nelson Skyler
Bar No. 784982
jzarember@brownsims.com
Envelope ID: 61180402
Status as of 1/27/2022 10:25 AM CST

Associated Case Party: Soon Kim

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Janey Kirby | | janeyk@wturley.com | 1/26/2022 3:34:44 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| T Nguyen | | tn@wturley.com | 1/26/2022 3:34:44 PM | SENT |

Associated Case Party: 24 Hour Fitness USA, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nelson D.Skyler | | nskyler@brownsims.com | 1/26/2022 3:34:44 PM | SENT |
| Bridget R.McLaurin | | bmclaurin@brownsims.com | 1/26/2022 3:34:44 PM | SENT |
| Jamie M.Beller | | jbeller@brownsims.com | 1/26/2022 3:34:44 PM | SENT |
| Judith Zarember | | jzarember@brownsims.com | 1/26/2022 3:34:44 PM | SENT |

